131 So.2d 426

**Calvin McGAHAGIN**

v.

**STATE.**

**1 Div. 979.**

Supreme Court of Alabama.

May 25, 1961.

Rehearing Denied June 29, 1961.

MacDonald Gallion, Atty. Gen., and Dwight W. Bradley, Asst. Atty. Gen., for petitioner.

Thos. M. Haas, Mobile, opposed.

SIMPSON, Justice.

Petition of the State for certiorari to the Court of Appeals to review and revise the judgment and decision in McGahagin v. State, 131 So.2d 425.

Writ denied.

LIVINGSTON, C. J., and GOODWYN and COLEMAN, JJ., concur.